# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-5969 MWF (FFM) | Date | October 19, 2018 |
|---|---|---|---|
| Title | ACCREDABILITY, LLC v. ACCREDITSOFT, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE**

The Court is in receipt of plaintiff's motion to compel responses to written discovery and to produce requested documents. (Docket No. 51.) plaintiff asserts that defendant Doug Rabkin has failed to answer Interrogatories 1 through 3 or to respond to and produce documents requested in Request Numbers 1 through 20 and 22 through 24, despite a letter to defendant's attorney requesting defendant to meet and confer regarding the missing responses.

In light of plaintiff's showing, defendant Doug Rabkin, is ORDERED TO SHOW CAUSE, in writing, on or before **October 30, 2018**, why his answer should not be stricken and a default judgment entered for failure to comply with his discovery obligations. Defendant may comply with the terms of this Order by either: 1) filing a proof of service demonstrating that he served plaintiff with a copy of the discovery responses; or 2) filing a response detailing defendant's objections to the entry of an Order striking defendant's answer and entering a default judgment against defendant.

IT IS SO ORDERED.

: 

Initials of Preparer     JM