UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCREDABILITY, LLC, <br><br> Plaintiff, <br> v. <br> ACCREDITSOFT, a California corporation, AccreditASC LLC, a California LLC and DOUG RABKIN, <br><br> Defendants. | No. CV 18-5969-DMG (FFMx) <br><br> ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the October 22, 2018 Order to Show Cause, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. Defendant Doug Rabkin has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that (1) defendant's answer is stricken; and (2) the Clerk of the Court is directed to enter defendant Doug Rabkin's default.

DATED: March 26, 2019

_____
DOLLY M. GEE
United States District Judge