# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCREDABILITY, LLC, <br>                 Plaintiff, <br>     v. <br> ACCREDITSOFT, *et al.*, <br>                 Defendants. | Case No. CV 18-5969-DMG (FFMx) <br><br> **JUDGMENT** |

On May 10, 2019, this Court granted the application for default judgment filed by Plaintiff Accredability, LLC. [Doc. # 76.]

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff Accredability, LLC and against Defendants Accreditsoft, AccreditASC, LLC, and Doug Rabkin. Plaintiff shall recover attorneys' fees and litigation costs in the amount of $33,931.84.

Further, the Court **ORDERS** Defendants to: (1) refrain from using any digital or physical content, know-how, trade secrets, or copyrights originating from Defendants' previous business relationship with Accredability; and (2) return through a delivery service to Accredability all tangible and physical documents, items, and proprietary materials (collectively referred to as "Proprietary Materials") that Rabkin took with him

when Accredability terminated his employment or which is derived from those Proprietary Materials; and (3) provide to Plaintiff's counsel evidence of any profits, income, or investments received in connection with Defendants' use of the Proprietary Materials.

DATED: May 13, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE